AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

TANYA TABITHA DAVIS

**CRIMINAL COMPLAINT**

(Name and Address of Defendant)

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about __June 29, 2007__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant (s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am __**OFFICER KEVIN CAREY**__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:    ☒ Yes   ☐ No

Signature of Complainant
**OFFICER KEVIN CAREY**
**FIFTH DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____   at   __Washington, D.C.__
Date                                                        City and State

_____        _____
Name & Title of Judicial Officer                Signature of Judicial Officer

**STATEMENT OF FACTS**

On June 29, 2007, at approximately 9:55 p.m. sworn officers with the Metropolitan Police Department's Fifth District Vice Unit executed a D.C. Superior Court search warrant at xxxx xx$^{xx}$ Xxxxxx, X.X., #xxx, Xxxxxxxxxx, XX.  Upon gaining entry, the defendant Tanya Davis, was located inside of bedroom #3 where officers recovered a digital scale, media card, mail matter in the defendant's name, a loaded Kel Tec 9mm handgun, and U.S. Currency.  Recovered from the dining room table was 72 yellow ziplocks containing a tan rock-like substance and loose rocks, a digital scale, a plate with a loose tan rock, a camera, empty ziplocks, a razor, and a cell phone, all in plain view.  A search of bedroom # 1 revealed a safe with U.S. Currency, a loaded Smith & Wesson .40 caliber handgun, empty ziplocks, and $9,980.00 in U.S. Currency in one dresser drawer, and $1,375.88 in U.S. Currency in another dresser drawer.  A search of bedroom #2, a child's bedroom, revealed a digital scale, $276.00 in U.S. Currency, a plate with a tan rock substance on it, a shoe box containing 15 pink ziplocks which contained tan rock-like substance, and another digital scale.  Further search of the kitchen revealed cell phones, and a digital scale.  A portion of the tan rock-like substance field tested positive for cocaine base.  Officers placed the defendant under arrest.  The defendant told officers that she was leasee of the apartment.  The tan rock-like substance appeared to be crack cocaine.  The approximate weight of the suspected crack cocaine was 230 grams, which is an amount commonly indicating that the suspected crack cocaine was going to be sold to others rather than used exclusively by the defendant.

                                      OFFICER KEVIN CAREY
                                      FIFTH DISTRICT, MPD

SWORN AND SUBSCRIBED BEFORE ME
ON THIS ___ DAY OF JULY, 2007.

                                      U.S. MAGISTRATE JUDGE