07-332M

**FILED**

JUL 0 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

6/30/07 No Bond

2007 FDC 015179      File Date: 06/30/2007

UNITED STATES vs. TANYA T DAVIS

aka

PDID #:

Lock up number

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION
FORM FOR U.S. DISTRICT COURT CASES

UNITED STATES                                              TOT
No._____

   Vs.                                                     P.D.I.D. No.__ _____

___Tanya Davis___ (Defendant)

[X] This is a Federal case which is pending in the U.S. District Court for the District of Columbia and is, therefore, transferred over to the United States District Court for the District of Columbia for the next court date of: __Monday, July 2, 2007__.

COMMITMENT/RELEASE

[X] NO BOND
[ ] BOND $_____

Defendant to be delivered for presentment in U.S.D.C. for the District of Columbia

Next Court Date: __Monday, July 2, 2007__

[ ] Released on Personal Recognizance to report to the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W. on:_____.

DEFENSE COUNSEL APPOINTED FOR PRESENTMENT IN SUPERIOR COURT ONLY:

Name: __James Whitehead__
Address: __PDS__

Telephone No._____

DEFENDANT'S NAME: __TANYA DAVIS__

Address:_____

                                                      Telephone No._____

DEFENDANT'S SIGNATURE:_____

DATE: __6-30-07__         _____
                          JUDICIAL OFFICER PRESIDING

     white-court              yellow-usao              Pink-defense

CD-3026/Mar. 03

## CJA DEFENDANT ELIGIBILITY RECOMMENDATION

I. NAME: Tanya Davis     NO. OF DEPENDENTS: 2
   LOCK-UP NO. 887     DATE: 06/30/07     CHARGE: PWID Cocaine (crack)

| | | | |
|---|---|---|---|
| LIQUID ASSETS | | STD. 5 AMOUNT | $ |
| OTHER ASSETS (1/4 EQUITY) | + $ | STD. 4 AMOUNT | + $ |
| GROSS MONTHLY INCOME | + $ | FEL. = $ | 1,500 |
| TOTAL AVAILABLE MONTHLY | $ | MISD. = | 750 |
| | | OTHER = | 400 |

LESS: MONTHLY EXTRAORDINARY
   MEDICAL OR OTHER EXPENSES   – $

NET AVAILABLE MONTHLY (X)          MINIMUM MONTHLY NEED (Z) $

IF X IS EQUAL OR LESS THAN Y . . . . . . . . . . . . . . . . . . . . . . . . . ☑ ELIGIBLE
IF X IS MORE THAN Z . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ NOT ELIGIBLE
IF X IS MORE THAN Y BUT LESS THAN Z . . . . . . . . . . . . . . . . ☐ ELIGIBLE WITH CONTRIBUTION

---

COMPLETE SECTION II ONLY IF 'ELIGIBLE WITH CONTRIBUTION' IS CHECKED ABOVE.

II. AMOUNT OF CONTRIBUTION.

☐ GROSS MONTHLY FAMILY INCOME IS MORE THAN Y
   GROSS MONTHLY FAMILY INCOME               $
   LESS: MONTHLY EXTRAORDINARY EXPENSES      –
   SUBTOTAL                                  $
   LESS: STANDARD 5 AMOUNT (Y)               –
   SUBTOTAL                                  $
   LESS: MONTHLY PAYMENT ON CJA-RELATED LOAN –
   SUBTOTAL                                  $
   AVAILABLE FOR MONTHLY CONTRIBUTION        $
   TIMES (6 OR FELONIES OR 3 FOR OTHER)      X
   TOTAL                                     $
   ADD: LIQUID ASSETS                        +
   OTHER ASSETS (1/4) EQUITY                 +
   CONTRIBUTION CAPABILITY       (CC)  $
   MAX. CONTRIBUTION = ["CC" OR STANDARD 4 AMOUNT (WHICHEVER IS LESS)]    $
   (DIVIDE MAXIMUM CONTRIBUTION BY 26 FOR FELONY CASE OR BY 13 FOR ANY OTHER CASE)
   CONTRIBUTION PAYABLE WEEKLY AT $          PER WEEK FOR         WEEKS.

**NOTES AND CALCULATIONS**

dependants: 2
Single
Employed - biweekly
Bank:
Property: House

STD 4 AMOUNT  $

**WARNING:** YOU MUST REPORT TO THE CRIMINAL JUSTICE ACT OFFICE ANY CHANGE IN FINANCIAL CIRCUMSTANCES, WHICH MIGHT AFFECT YOUR ELIGIBILITY. A FALSE OR DISHONEST ANSWER TO A QUESTION ON THIS FORM MAY BE PUNISHABLE BY FINE UP TO $1,000.00 OR IMPRISONMENT UP TO 1 YEAR, OR BOTH. D.C. CODE §1-2702.

SUBSCRIBED AND SWORN TO BEFORE ME
NOTARY PUBLIC - DISTRICT OF COLUMBIA

I, the undersigned defendant, parent, or guardian, being duly sworn, depose and swear that the information which I have provided is true to the best of my belief.

DEFENDANT _____     INTERVIEWER _____
                                              NOTARY PUBLIC

DISTRIBUTION: WHITE COPY (COURT JACKET); GOLDENROD COPY (APPOINTED COUNSEL); PINK COPY (DEFENDANT COURT JACKET); GREEN COPY (CJA OFFICE)

# UNITED STATES DISTRICT COURT
## THE DISTRICT OF COLUMBIA

## COMPLAINT

**District of Columbia ss:**

**Defendant's Name:** Tanya  T.  Davis _____ _____ _____
                     (First)           (MI)          (Last)         (PDID)    (CCNO)

**Address:** _____ D.C. _____

On or about June 29, 2007, within the District of Columbia, Tanya T. Davis, did not knowingly and intentionally possess with the intent to distribute, a quantity of a cocaine, in excess of fifty grams, a Schedule II controlled substance, in violation 21 U.S.C. 841 (a)(1).

_____
Affiant's Name

**Subscribed and sworn to before me this __ day of** _____

_____
(Judge)    (Deputy Clerk)

## WARRANT

*To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:*

WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for _____

YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C.3041 forthwith to answer said charge.

**Issued** _____   _____
                                                                     Judge - Superior Court of the District of Columbia

**Rule 105: [ ]** _____
                                Judge

| Sex: | DOB: | CCN: | PDID: |
|---|---|---|---|
| **Papering Officer:** | | | **Badge No.:** |

**OFFICER MUST EXECUTE RETURN**

| Officer's Name: | Date / Time: |
|---|---|
| **AUSA Signature:** | Fel. I   AFTC   Fel. II<br>[ ]   [ ]   [ ] |

## IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | : | Criminal Division |
| v. | : | Felony Branch |
| Tanya T. Davis, | : | Case Number |
| Defendant. | | |

### MEMORANDUM OF LAW

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Memorandum of Law on issues relevant to the presentment of a defendant who is charged with a violation of federal law in the District of Columbia Superior Court.

### This Court's Authority to Acts as a Federal Magistrate Judge and to Order Pre-Trial Detention

A person arrested and charged with a federal offense must be taken without unnecessary delay before a judicial officer. If a magistrate judge is not reasonablely available, the initial appearance may be before a state or local judicial officer. Fed. R. Crim. P. 5(c)(1)(B). The Superior Court, with respect to any criminal case over which the United States District Court for the District of Columbia has jurisdiction, may release or detain such offenders. Super. Ct. R. Crim. P. 40.

### Applicable Law

The law governing pre-trial release and detention of persons charged with federal offenses is codified at 18 U.S.C. §3141 et seq. Upon motion of the government the Court <u>shall</u> hold a

detention hearing in cases that involve a crime of violence, pursuant to 18 U.S.C. 3142(f)(1)(A)[1]

In the instant case the defendant is charged with possession of a controlled substance, in excess of fifty grams, with the intent to distribute, in violation of 18 U.S.C. § 841 (a)(1). Accordingly, she is subject to pre-trial detention and the Court must hold a detention hearing in this case.

Upon motion of the government, the hearing can be continued for a period of up to three days excluding any intermediate Saturday, Sunday or legal holiday. During that period the defendant must remain detained. 18 U.S.C. §3142(f)(2).

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

BY: _____
Michael A. Humphreys
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20350

### Certificate of Service

I hereby certify that I served a copy of the foregoing Memorandum of Law upon counsel for the defendant, this 30 day of June, 2007.

_____
Michael A. Humphreys
Assistant United States Attorney

---

[1] A crime of violence is defined by 18 U.S.C. § 3156 is an offense that involves the use, attempted use, threatened use of force, or any felony under Chapters 109A, 110 or 117. Title 18, United States Code, Section 2423(b) is an offense listed in Chapter 117.

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

UNITED STATES

VS.

TANYA T. DAVIS

---

On June 29, 2007, officers of the Fifth District Vice Unit of the Metropolitan Polie Department, executed a duly-authorized search warrant (Search Warrant 2007/0490), as signed by Superior Court Judge Bruce Beaudin, on the residential premises of the District of Columbia.

The defendant, Tanya T. Davis, and a minor child were the only persons present at the search location during the course of the search. Defendant-Davis admitted that she held the lease on the apartment.

During the course of the search, the officers found over 228 grams of loose cocaine base in various rooms throughout the apartment; but prominently within the living room, where officers found approximately 72 zips of cocaine. The officers also found instruments of drug dealing including scales with residue on them, packaging materials, and cutting instruments including razors.

The officers also found two loaded firearms and over 12,000.00 in United States currency on the premises.

**The events and acts described above occurred primarily in the District of Columbia and were committed as described by defendant(s) listed in the case caption.**

**Subscribed and sworn before me this 30 day of June, 2007**

| Micheal Jenkins | 4393 | Fifth District | |
|---|---|---|---|
| **Police Officer** | **Badge** | **District** | **Deputy Clerk** |

Page 1 of 1